No. 00–1203.  CASSELL *v.* KURILY ET UX.  C. A. 6th Cir.  Certiorari denied.

No. 00–1213.  GOULD ET UX. *v.* UNITED STATES; and HOLYWELL CORP. & SUBSIDIARIES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 229 F. 3d 1142.

No. 00–1243.  LOVE *v.* CARTER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–6720.  BERRIO-CALLEJAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–6900.  KING *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6916.  SCHREIBER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6963.  EVANS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7136.  THOMAS *v.* DAHLBERG, ACTING SECRETARY OF THE ARMY.  C. A. 8th Cir.  Certiorari denied.

No. 00–7310.  INGRAM *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 00–7326.  HUNT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7620.  WORKMAN *v.* BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7625.  PLANTZ *v.* MASSIE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 00–7626.  McCOY *v.* PRUNTY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–7628.  BAKER *v.* CORCORAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–7630.  LOCKETT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.